**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| HENRY DANILO MARCATOMA QUITO, A# 220 484 166,<br><br>        **Petitioner,**<br><br>**v.**<br><br>PAMELA BONDI, Attorney General of the United States, ET AL.,<br><br>        **Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§      **SA-26-CV-01630-JKP** |

**O R D E R**

Before the Court is *pro se* Petitioner Henry Danilo Marcatoma Quito's Emergency Motion for Expedited Consideration in this 28 U.S.C. § 2241 immigration habeas matter. (ECF No. 2). Upon review, the motion is **DENIED**. (*Id.*).

The relief Marcatoma Quito seeks on an *ex parte* and preliminary basis mirrors the ultimate relief sought on the merits of this already–expedited § 2241 proceeding. (ECF Nos. 1, 2). In that posture, this Court and others have denied such motions and proceeded directly to the merits of the habeas petition itself. *See, e.g., Garcia–Aleman v. Thompson*, No. SA-25-CV-886-OLG (W.D. Tex. Oct. 30, 2025) (Order Denying Motion for TRO and Preliminary Injunction, collecting cases); *Chambliss v. Ashcroft*, No. 3:04-CV-298-D, 2004 WL 718998, at *2 (N.D. Tex. Apr. 1, 2004) (recommending preliminary injunction be denied and habeas briefing be expedited because preliminary relief sought was "the same as the relief sought through the habeas petition"), *report and recommendation adopted*, No. CIV.A. 3:04-CV-298D, 2005 WL 724206 (N.D. Tex. Mar. 30, 2005). Indeed, prompt resolution is already contemplated by the nature of the writ itself. *See* 28 U.S.C. § 2243 ("A court … entertaining an application for

a writ of habeas corpus shall *forthwith* award the writ or issue an order directing the respondent to show cause why the writ should not be granted." (emphasis added)); *Harris v. Nelson*, 394 U.S. 286, 291 (1969) ("[T]he office of the writ is to provide a prompt and efficacious remedy, … [and] must not be allowed to founder in procedural morass." (citation modified)).

**IT IS THEREFORE ORDERED** that Marcatoma Quito's Emergency Motion for Expedited Consideration (ECF No. 2) is **DENIED**.

It is so **ORDERED**.

SIGNED this 13th day of March, 2026.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE